1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-140 MCE

12              Plaintiff,                AMENDED STIPULATION REGARDING
                                          EXCLUDABLE TIME PERIODS UNDER SPEEDY
13         v.                             TRIAL ACT; ORDER

14 MIGUEL MEJIA SERVIN,                   DATE: December 14, 2017
                                          TIME: 9:30 a.m.
15              Defendant.                COURT: Hon. Morrison C. England, Jr.

16

17                            **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on December 14, 2017.

21         2.      By this stipulation, defendant now moves to continue the status conference until January

22 4, 2018, and to exclude time between December 14, 2017, and January 4, 2018, under Local Code T4.

23         3.      The parties agree and stipulate, and request that the Court find the following:

24         a)      The government has represented that the discovery associated with this case

25 includes investigative reports and substantial wiretap materials.  All of this discovery has been

26 either produced directly to counsel and/or made available for inspection and copying.

27         b)      Counsel for defendant desires additional time to compare the evidence with the

28 offered plea agreement, including consideration of the proposed factual basis.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017 to January 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 13, 2017                          PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ PAUL HEMESATH
                                                   PAUL HEMESATH
                                                   Assistant United States Attorney

Dated:  December 13, 2017                          /s/ CLEMENTE JIMENEZ
                                                   CLEMENTE JIMENEZ
                                                   Counsel for Defendant
                                                   MIGUEL MEJIA SERVIN

## ORDER

IT IS SO ORDERED.

Dated:  January 3, 2018



                                                   _____
                                                   MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE